

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/2/2023
```

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**THE CITY OF NEW YORK
LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**KAREN K. RHAU**
Labor and Employment Law Division
phone: (212) 356-2475
email: krhau@law.nyc.gov

October 2, 2023

<u>**Via ECF**</u>
Honorable Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

      Re:  <u>Gordon Noel v. The City of New York et al.</u>
            Civil Action No.: 23-cv- 03082 (MKV)

Dear Judge Vyskocil:

      I am an Assistant Corporation Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, assigned to represent Defendant The City of New York in the above-referenced matter. In accordance with Your Honor's Individual Rules, I write to request that the initial pretrial conference currently scheduled for November 1, 2023 be adjourned to a day during the week of November 6, 2023. On November 1, 2023, I have a deposition scheduled in another case to which I am assigned, <u>Dass v. CUNY et al.</u>, 18-cv-11325, (S.D.N.Y.). This is the first request for an adjournment of the initial pretrial conference. Plaintiff's counsel consents to this request and is also available during the week of November 6, 2023.

      Accordingly, this Office respectfully requests that the initial pretrial conference be adjourned to a day during the week of November 6, 2023, or a date more convenient for the Court. I thank the Court for its consideration of this request.

                              Respectfully submitted,

                              */s/ Karen K. Rhau*

                              Karen K. Rhau
                              Assistant Corporation Counsel

- 2 -

cc: Scott W. Clark, Esq. & David R. Ehrlich, Esq. (By ECF)
Stagg Wabnik Law Group
Attorneys for Plaintiff
401 Franklin Avenue, Suite 300
Garden City, New York 11530
516-812-4570
sclark@staggwabnik.com
dehrlich@staggwabnik.com

> **GRANTED. The initial pre-trial conference is rescheduled to November 7, 2023 at 2:30 PM. Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 72 hours before the deadline or conference. SO ORDERED.**
>
> Date: 10/2/2023
> New York, New York
>
> *Mary Kay Vyskocil*
> Mary Kay Vyskocil
> United States District Judge