

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/22/2024

401 Franklin Avenue, Suite 300, Garden City, NY 11530
T 516.812.4550

331 Newman Springs Road, Building 1, 4th Floor, Suite 143, Red Bank, NJ 07701| T 732.784.1586
1111 Summer Street, 5th Floor, Stamford, CT 06905| T 203.967.4000

July 10, 2024

**Via ECF**

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 2230
New York, New York 10007

      Re:    Gordon Noel v. The City of New York
              Docket No.:  1:23-cv-03082 - MKV

Dear Judge Vyskocil:

We represent Plaintiff Gordon Noel ("Noel") in the above-referenced matter and write in anticipation of our need to seek leave to file a motion pursuant to Rule 37 of the FRCP to compel non-party witness Terrance Graham to comply with our subpoena and, if need be, for an fifth extension of time to complete fact discovery so Plaintiff can conduct the deposition of Terrance Graham.

On June 6, 2024, as set forth in ECF Document 53, this Court granted Plaintiff's application to serve Mr. Graham with a subpoena through alternative means, "namely certified mail," to compel him to appear for a deposition, and extended the fact-discovery deadline until July 19, 2024, so that Plaintiff could serve Mr. Graham with the non-party subpoena and depose him.

To that end, the next day on June 7, 2024, Plaintiff's counsel, via tracking #70212720000027059312, attempted to serve Mr. Graham via certified mail through the United States Postal Service ("USPS"). After several days, Plaintiff did not receive confirmation from the USPS that the mail was delivered. Plaintiff sought to confirm delivery of the certified mail package sent out on June 7, 2024 by contacting the USPS customer support on June 18, 2024 to ascertain the status of delivery on Terrance Graham. Also on June 18, 2024, Plaintiff resent the

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
July 5, 2024
Page 2

subpoena via certified mail tracking no. 70212720000027059398 and sent two identical packages via FedEx, one that required a signature for proof of delivery, to Mr. Graham.

In order to comply with Rule 45 of the FRCP and provide Mr. Graham with a reasonable time to comply with the subpoena, in the three packages sent on June 18, 2024, Plaintiff's counsel noticed Mr. Graham's subpoena for July 19, 2024.

On or about June 20, 2024, at approximately 12:33 pm, FedEx served Mr. Graham with both packages and obtained his signature as proof of this delivery.

Afterward, Plaintiff's counsel continued to follow up with the USPS as to the status of the subpoena tracking no. 70212720000027059312 sent via certified mail on June 7, 2024. Mysteriously, the package disappeared after it arrived at the USPS Regional Facility in New York. It was last listed as in transit and moving through the network on June 13, 2024, and then just vanished; it was confirmed lost by Amber Jones at the USPS on July 2, 2024, in response to our email service inquiry #65278011.

Our second attempt to serve Mr. Graham via certified mail via tracking no. 70212720000027059398 has also been unsuccessful. On June 21, 2024, USPS attempted service upon Mr. Graham but was only able to leave notice to pick up the package as no authorized recipient was available to sign for the package.

Based on the certified mail package sent on June 18, 2024, and the FedEx package for which Mr. Graham signed on June 20, 2024, Plaintiff submits that he properly served Mr. Graham via alternative means.  However, Mr. Graham has not contacted our office to discuss his appearance for the deposition on the date set forth on the subpoena, *i.e.,* July 19, 2024.  In the event Mr. Graham fails to comply with the subpoena and appear on July 19, 2024, for his deposition, Plaintiff intends to file a motion to compel forthwith.

Given the fact that the return date on the subpoena Mr. Graham received and for which he signed is the same day this Court ordered as the discovery end date, we respectfully request that Plaintiff be permitted to file a motion pursuant to Rule 37 of the FRCP to compel Terrance Graham to comply with our subpoena in the event he fails to appear on July 19, 2024, and be able to use the laws and procedures of FRCP and this Court in our continued pursuit to compel Mr. Graham to submit to a deposition.

Plaintiff has continually sought the appearance of Mr. Graham for deposition.  As illustrated in previous applications to this Court, Defendants failed to produce Mr. Graham even when he was an employee of the City—the City argued that because he was on leave, they had no control over him and provided Plaintiff with an incorrect address with which to serve Mr.

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
July 5, 2024
Page 3

Graham.  At the same time defense counsel made representations that they would produce Mr. Graham after he returned from leave.  Defendants then did not disclose that Mr. Graham had retired from service with the Department of Correction until April 12, 2024.  Mr. Graham was then out of the country for a period of time.  Then, Mr. Graham evaded service and lied to process servers about living at his current residence.  Upon this Court's Order allowing for alternative service, he refused to pick up the certified mail package but was successfully served via FedEx, for which we have proof.  Plaintiff has worked diligently to compel the deposition of Mr. Graham despite his deliberate and dishonest efforts to evade service.  Mr. Graham's attempts to evade his deposition should not be permitted, and Plaintiff is respectfully requesting the Court to allow Plaintiff to use the laws, rules and procedures to not allow Mr. Graham to continue his evasion.

        Thank you for your consideration.

        Respectfully submitted,

        /s/ Scott Clark

        Scott Clark (sc-6137885)

SWC/sh

cc:    Karen K. Rhau, Esq.
       Corporation Counsel of the City of New York
       **Via ECF**

       John W. Burns, Esq.
       Karasyk & Moschella, LLP
       **Via ECF**

> **The request for leave to file a motion pursuant to FRCP 37 to compel a non-party witness to comply with a subpoena "in the event he fails to appear" is DENIED as premature.  SO ORDERED.**
>
> Date: 7/22/2024
> New York, New York
>
> Mary Kay Vyskocil
> United States District Judge